IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SANCHEZ, | No. 2:18-CV-0596-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the parties' stipulation (Doc. 15), the deadline for plaintiff to file her opening brief is extended to October 9, 2018.

IT IS SO ORDERED.

Dated: September 26, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE