MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| JULIA SANCHEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | ) Case No.: 2:18-cv-00596-DMC<br>)<br>)<br>) **JOINT STIPULATION AND ORDER FOR**<br>) **EXTENSION OF TIME FOR**<br>) **DEFENDANT TO RESPOND TO**<br>) **PLAINTIFF'S MOTION FOR SUMMARY**<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that

the time for responding to Plaintiff's Motion for Summary Judgment be extended from

December 10, 2018 to **January 9, 2019**.  This is Defendant's second request for extension.

Good cause exists to grant Defendant's request for extension.  Counsel has a Ninth Circuit

opening brief due during the current week of the filing deadline, which requires multiple levels

of review and an oral argument before the Ninth Circuit, which requires significant preparation

and several moot courts.  Counsel was out of the office on intermittent sick leave due to

migraines and a personal family emergency.  Due to Counsel's unexpected leave and heavy

workload, Counsel needs additional time to adequately review the transcript and properly

respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 6, 2018

/s/ *Bess Brewer
(*as authorized by email on December 5, 2018)
BESS BREWER
Attorney for Plaintiff

Dated: December 6, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      /s/  Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated:  December 10, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE