MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JULIA SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-00596-DMC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 9, 2018 to **January 30, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel's family members were involved in a severe car accident on Christmas Day that resulted in hospitalization stay. As a result, Counsel has been unexpectedly out of the office following the Christmas holiday. Counsel also has over 20 dispositive motions due in the month of January, two representative misconduct matters, a Ninth Circuit brief, and several civil rights matters due immediately. Due to Counsel's unexpected leave and heavy workload, Counsel needs additional time to adequately review the transcript and

properly respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 3, 2019

/s/ *Bess Brewer
(*as authorized by email on January 2, 2019)
BESS BREWER
Attorney for Plaintiff

Dated:  January 3, 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/  Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:   January 7, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE