MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JULIA SANCHEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00596-DMC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 30, 2018 to **February 1, 2019**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel needs additional time due to migraine symptoms of Counsel on the date of the current filing deadline, which impair her vision. Counsel attempted to diligently finalize her response, but could not do so due to her vision impairment. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: January 30, 2019                 /s/ *Bess Brewer
                                        (*as authorized by email on January 30, 2019)
                                        BESS BREWER
                                        Attorney for Plaintiff


Dated: January 30, 2019                 MCGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                   By   /s/ Tina L. Naicker
                                        TINA L. NAICKER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED NUNC PRO TUNC TO 1-30-2019:


    Dated:   January 31, 2019           [signature]
                                        _____
                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE