# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

JULIA SANCHEZ,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Case No.: 2:18-cv-00596-DMC

**ORDER GRANTING DEFENDANT'S MOTON FOR LEAVE TO ACCEPT LATE-FILED BRIEF**

## ORDER

For good cause appearing therein, IT IS HEREBY ORDERED that Defendant's Motion for Leave to Accept Late-Filed Brief is hereby GRANTED. Defendant's brief, filed on February 4, 2019, is deemed timely. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

**Dated: February 6, 2019**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE