# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SANCHEZ, | No. 2:18-CV-0596-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulation, plaintiff is awarded $7,900 in fees and expenses under the Equal Access to Justice Act, such fees and expenses to be paid in accordance with the stipulation.

IT IS SO ORDERED.

Dated: August 22, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1